■ THOMAS VAN LARE, Appellant, v SHARON L. CRANDALL, Respondent. (Appeal No. 2.)—Appeal dismissed as moot in view of decision in *Van Lare v Crandall* (67 AD2d 1083). (Appeal from order of Erie Supreme Court—reaffirm verdict.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Doerr, JJ.